JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLAZE BHENCE** | **CASE NO. SACV08-0046 DOC(ANx)** |
| **Plaintiff(s),** | |
| v. | **ORDER ON STIPULATION OF DISMISSAL** |
| **DANKA OFFICE IMAGING COMPANY** | |
| **Defendant(s).** | |

Pursuant to the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED

DATED: July 23, 2008

_____
DAVID O. CARTER
United States District Judge